IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| H. JO CREWS,<br>    Plaintiff | §<br>§<br>§ |
| v. | §  CIVIL ACTION NO. A09CA492 LY<br>§ |
| NCO FINANCIAL SYSTEMS, INC.,<br>    Defendant | §<br>§<br>§ |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW plaintiff, by and through her undersigned counsel, and provides notice of voluntary dismissal pursuant to Rule 41, Federal Rules of Civil Procedure. In support thereof, plaintiff shows as follows.

1. Plaintiff recently filed this action. After service, plaintiff and defendant negotiated an amicable resolution. The parties have reached agreement to resolve all claims plaintiff has against defendant.

2. Defendant has not answered the complaint. No motion for summary judgment is pending.

3. Plaintiff intends to dismiss this action with prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

ACCORDINGLY, plaintiff gives notice of voluntary dismissal of all claims with prejudice pursuant to Rule 41, Federal Rules of Civil Procedure.

Respectfully submitted,

CREWS LAW FIRM, P.C.
701 Brazos, Suite 900
Austin, Texas 78701
(512) 346-7077
(512) 342-0007 (Fax)


By:    /s/ Joe K. Crews
       Joe K. Crews
       State Bar No. 05072500

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

 This is to certify that a true and correct copy of the above document was delivered to defendant via email, by and through its attorney, Michelle H. Lyon, Sessions Fishman Nathan & Israel LLP, Lakeway Two, Suite 200, 3850 N. Causeway Blvd., Metairie, LA 70002-7227, mlyon@sessions-law.biz, on this the 22nd day of September, 2009.


  /s/ Joe K. Crews
 Joe K. Crews