IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 SEP 30 PM 2:28
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | | |
|---|---|---|
| H. JO CREWS, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-09-CA-492-LY |
| | § | |
| NCO FINANCIAL SYSTEMS, INC., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the Court is the above-styled cause of action. On this date, the Court dismissed the claims of Plaintiff H. Jo Crews against Defendant NCO Financial Systems, Inc. with prejudice. Accordingly, the Court enters this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all claims brought by Plaintiff H. Jo Crews against Defendant NCO Financial Systems, Inc in this action are hereby **DISMISSED WITH PREJUDICE**.

**FURTHER IT IS ORDERED** that all relief not expressly granted is hereby **DENIED**.

**FURTHER IT IS ORDERED** that all attorney's fees and costs of court are taxed against the party incurring the same.

**FINALLY IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this 30th day of September, 2009.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE